# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 5:21-cr-51-KDB-DCK-1 |
| Franyely Morales | ) |
| | ) USM No: 57591-509 |
| Date of Original Judgment: 09/13/2022 | ) |
| Date of Previous Amended Judgment: | ) Jennifer Leigh Coulter |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 70 months **is reduced to** 57 months.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 09/13/2022 shall remain in effect.
**IT IS SO ORDERED**.

Signed: February 1, 2024

Kenneth D. Bell
United States District Judge

Effective Date: February 1, 2024　　　　　　　　　　　　Kenneth D. Bell
*(if different from order date)*　　　　　　　　　　　　*Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Franyely Morales
CASE NUMBER: 5:21-cr-51-KDB-DCK-1
DISTRICT: Western District of North Carolina

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | |
|---|---|---|
| Previous Total Offense Level: 27 | Amended Total Offense Level: 25 | |
| Criminal History Category: I | Criminal History Category: I | |
| Previous Guideline Range: 70 to 87 months | Amended Guideline Range: 57 to 71 months | |

## II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

## III. FACTORS CONSIDERED UNDER USSG § 1B1.10 AND 18 U.S.C. § 3553(a) *(See Chavez-Meza v. United States, 138 S.Ct. 1959 (2018))*

Under the amendment to U.S.S.G. §4C1.1 in Amendment 821, the Defendant does qualify as a zero-point offender who qualifies to receive a two-level reduction in his offense level to an offense level of 25. With an offense level of 25 and a criminal history category of I, the amended guideline range is 57-71 months imprisonment. As the Court imposed the low-end of the sentencing range at sentencing, the Court will apply the low-end of the amended sentencing range here. Additionally, Defendant has not incurred any disciplinary infractions while in BOP. There is no need to appoint counsel in this matter.